DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
NA'IL BENJAMIN, State Bar #240354
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4204
Facsimile:     (415) 554-4248
E-Mail:        na'il.benjamin@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA RICHTER, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a public entity, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, a public entity, and DOES 1-20,<br><br>   Defendant(s). | Case No. C 12 5646 MEJ<br><br>**REQUEST FOR DISMISSAL AND STIPULATION; ~~PROPOSED~~ ORDER FRCP 41(a)(1)(B)** |

1  **IT IS HEREBY STIPULATED**, by and among the parties through their respective counsel that all of Plaintiffs' claims against all Defendants (City and County of San Francisco, San Francisco Department of Public Health and DOES 1-20), in the above-captioned action be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

The parties will bear their own costs and fees.

**IT IS SO STIPULATED.**

Dated:  January 30, 2013         LAW OFFICES OF BENNY MARTIN

By: /s/ Benny Martin
    BENNY MARTIN, ESQ.
    Attorney for Plaintiff
    PAULA RICHTER

Dated:  January 30, 2013

    DENNIS J. HERRERA
    City Attorney
    ELIZABETH SALVESON
    Chief Labor Attorney
    NA'IL BENJAMIN
    Deputy City Attorney

By: /s/ Na'il Benjamin
    NA'IL BENJAMIN
    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO

2
REQ. FOR DISMISSAL AND STIPULATION; PROPOSED ORDER         n:\labor\li2012\130411\00823910.doc
CASE NO. C 12 5646 MEJ

## ORDER

**IT IS HEREBY ORDERED** that all of Plaintiffs' claims against all Defendants (City and County of San Francisco, San Francisco Department of Public Health and DOES 1-20), are dismissed with prejudice. The parties will bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: January 31, 2013

HON. MARIA ELENA JAMES
United States District Court Judge