1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  NA'IL BENJAMIN, State Bar #240354
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4204
6  Facsimile:    (415) 554-4248
   E-Mail:       na'il.benjamin@sfgov.org
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PAULA RICHTER, an individual, | Case No. C 12 5646 MEJ |
|---|---|
| Plaintiff, | |
| vs. | **REQUEST FOR DISMISSAL AND STIPULATION;** ~~PROPOSED~~ **ORDER FRCP 41(a)(1)(B)** |
| CITY AND COUNTY OF SAN FRANCISCO, a public entity, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, a public entity, and DOES 1-20, | |
| Defendant(s). | |

1 **IT IS HEREBY STIPULATED**, by and among the parties through their respective counsel that all of Plaintiffs' claims against all Defendants (City and County of San Francisco, San Francisco Department of Public Health and DOES 1-20), in the above-captioned action be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

The parties will bear their own costs and fees.

**IT IS SO STIPULATED.**

Dated:  January 30, 2013              LAW OFFICES OF BENNY MARTIN

                                      By: /s/ Benny Martin
                                          BENNY MARTIN, ESQ.
                                          Attorney for Plaintiff
                                          PAULA RICHTER

Dated:  January 30, 2013
                                          DENNIS J. HERRERA
                                          City Attorney
                                          ELIZABETH SALVESON
                                          Chief Labor Attorney
                                          NA'IL BENJAMIN
                                          Deputy City Attorney

                                      By: /s/ Na'il Benjamin
                                          NA'IL BENJAMIN
                                          Attorneys for Defendants
                                          CITY AND COUNTY OF SAN FRANCISCO

## ORDER

**IT IS HEREBY ORDERED** that all of Plaintiffs' claims against all Defendants (City and County of San Francisco, San Francisco Department of Public Health and DOES 1-20), are dismissed with prejudice. The parties will bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: January 31, 2013

HON. MARIA ELENA JAMES
United States District Court Judge